NORMAN OWCZARKOWSKI, Respondent, v. LEONARD PAWLICKI, Appellant. —

Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.